IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WIRELESS DISCOVERY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-480 (VAC) (SRF) |
| | ) | |
| EHARMONY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for defendant eHarmony, Inc. to answer, move, or otherwise respond to the Amended Complaint (D.I. 21) is extended through and including August 31, 2022.

| CHONG LAW FIRM PA | BAKER & HOSTETLER LLP |
|---|---|
| /s/ *Jimmy Chong* | /s/ *Jeffrey J. Lyons* |
| Jimmy Chong (#4839) | Jeffrey J. Lyons (#6437) |
| 2961 Centerville Road, Suite 350 | 1201 North Market Street, Suite 1402 |
| Wilmington, DE 19808 | Wilmington, DE 19801-1147 |
| (302) 999-9480 | (302) 468-7088 |
| chong@chonglawfirm.com | jjlyons@bakerlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated:  July 28, 2022

IT IS SO ORDERED this ___ of _____, 2022.

_____
THE HONORABLE SHERRY R. FALLON