IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WIRELESS DISCOVERY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-480 (VAC) (SRF) |
| | ) |
| EHARMONY, INC., | ) |
| | ) |
| Defendant. | ) |

**AMENDED STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

Pursuant to the Court's Oral Order of July 28, 2022, Plaintiff Wireless Discovery LLC ("Wireless Discovery") and Defendant eHarmony, Inc. ("eHarmony") jointly submit the following amended stipulation, which "[ ] addresses the status of the pending motion to dismiss and confirms whether Defendant consents to the filing of the Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(2)."

Although Wireless Discovery failed to seek eHarmony's written consent or the Court's leave to amend its original complaint (D.I. 1) as required by Fed. R. Civ. P 15(a)(2), in order to minimize further burden on the Court, the parties agree and stipulate, subject to the approval of the Court, that:

1. Wireless Discovery's First Amended Complaint (D.I. 21) supersedes its original Complaint (D.I. 1) in full;

2. eHarmony's Motion to Dismiss (D.I. 12) is moot; and

3. the time for defendant eHarmony, Inc. to answer, move, or otherwise respond to the Amended Complaint (D.I. 21) is extended through and including August 31, 2022.

| | |
|---|---|
| CHONG LAW FIRM PA | BAKER & HOSTETLER LLP |
| /s/ *Jimmy Chong* | /s/ *Jeffrey J. Lyons* |
| Jimmy Chong (#4839) | Jeffrey J. Lyons (#6437) |
| 2961 Centerville Road, Suite 350 | 1201 North Market Street, Suite 1402 |
| Wilmington, DE 19808 | Wilmington, DE 19801-1147 |
| (302) 999-9480 | (302) 468-7088 |
| chong@chonglawfirm.com | jjlyons@bakerlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: July 29, 2022

    IT IS SO ORDERED this ___ of _____, 2022.

_____
THE HONORABLE SHERRY R. FALLON