IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WIRELESS DISCOVERY LLC, | ) |
| Plaintiff, | ) C.A. No. 22-480 (GBW) |
| v. | ) **PUBLIC VERSION** |
| EHARMONY, INC., | ) |
| Defendant. | ) |

**DECLARATION OF ATTORNEY DOUGLAS A. GRADY
IN SUPPORT OF EHARMONY, INC'S ACCOUNTING OF FEES AND COSTS**

I, Douglas A. Grady, declare as follows:

1. I am a partner at the law firm of Baker & Hostetler LLP ("Baker Hostetler") and lead counsel for Defendant eHarmony, Inc. ("eHarmony") in the above captioned action. I am over the age of 18, have personal knowledge of the facts set forth herein, and am able to competently testify about these matters.

2. I hereby submit the invoices set forth in Exhibit A in response to the Court's Order directing eHarmony to provide an accounting of attorneys' fees and costs. D.I. 70. These invoices are the actual invoices sent from this Firm to eHarmony. eHarmony has paid all of these invoices except the most recent (because they are not yet due).

3. The invoices do not include work performed chiefly in the month of August 2024 because the month has not yet concluded. At the conclusion of this calendar month, I will submit the then-generated invoice and provide an "all-in" costs and fees amount.

//

//

1

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Douglas A. Grady*
Executed on August 29, 2024

Submitted August 29, 2024　　　　　　　　BAKER & HOSTETLER LLP

*/s/ Douglas A. Grady*
Douglas A. Grady (admitted *pro hac vice*)
999 Third Avenue, Suite 3900
Seattle, WA 98104
(206) 566-7120
dgrady@bakerlaw.com

Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1407
Wilmington, DE 19801
(302) 468-7088
jjlyons@bakerlaw.com

Andrew E. Samuels (admitted *pro hac vice*)
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
(614) 462-2699
asamuels@bakerlaw.com

Kevin P. Flynn (admitted *pro hac vice*)
312 Walnut Street, Suite 3200
Cincinnati, OH 45202
(513) 852-2627
kflynn@bakerlaw.com

*Attorneys for eHarmony, Inc.*

2