IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WIRELESS DISCOVERY LLC, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 22-480-GBW |
| | : | |
| v. | : | |
| | : | |
| EHARMONY, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 10th day of September 2026, having previously entered an Order granting Defendant's Motion for Attorney Fees (D.I. 70) and having considered Defendant's Accounting of Fees and Costs (D.I. 72 and D.I. 74), IT IS HEREBY ORDERED that Defendant is awarded its attorneys' fees and costs in this action in the amount of $421,502.76. Plaintiff shall pay Defendant's attorneys' fees and costs incurred in this action in the amount of $421,502.76 within thirty (30) days of this Order.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE